missed under this Court's Rule 53.

No. 85–663. WASHINGTON DEPARTMENT OF SOCIAL AND HEALTH SERVICES *v.* PURSER ET AL. Sup. Ct. Wash. Certiorari dismissed under this Court's Rule 53.

No. 85–2009. COCA-COLA BOTTLING COMPANY OF THE SOUTHWEST ET AL. *v.* TEXAS. Appeal from Ct. App. Tex., 4th Sup. Jud. Dist., dismissed under this Court's Rule 53.

No. 85–1726. ESCALANTE *v.* BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 9th Cir. Certiorari dismissed under this Court's Rule 53.

No. A–53. ARAVE, WARDEN, ET AL. *v.* CREECH. Application of the Solicitor General of Idaho for an order to vacate the stay of execution of sentence of death entered by the United States Court of Appeals for the Ninth Circuit, presented to JUSTICE REHNQUIST, and by him referred to the Court, denied. JUSTICE STEVENS took no part in the consideration or decision of this application.